# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**BESSIE MOORE**                                                                                              **PLAINTIFF**

**V.**                                                **CAUSE NO. 3:18-CV-817-CWR-FKB**

**JACKSON PUBLIC SCHOOL DISTRICT**, *et al.*                          **DEFENDANTS**

## ORDER

Before the Court is Defendant Benjamin G. Torrey, II's Motion to Dismiss. The Motion is well-taken and will be granted. Neither Title VII nor the Age Discrimination in Employment Act provide a basis for individual liability of supervisors. *See Stults v. Conoco, Inc.*, 76 F.3d 651, 655 (5th Cir. 1996); *see also McNeil v. Quality Logistics Sys., Inc.*, No. 3:15-CV-927-CWR-FKB, 2016 WL 6999483, at *3 n.4 (S.D. Miss. Nov. 30, 2016).

Torrey's motion is **GRANTED.**

**SO ORDERED**, this the 17th day of January, 2020.

                                                        s/ Carlton W. Reeves
                                                        UNITED STATES DISTRICT JUDGE